IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAITH CHIBUGO NJOKU,<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL<br>GRADUATE CLERKSHIPS,<br>    Defendant. | CIVIL ACTION FILE NO.<br>1:21-cv-00796-MLB |

## MAGISTRATE JUDGE'S ORDER

Plaintiff Faith Chibugo Njoku ("Plaintiff") seeks to file this civil Complaint without prepayment of fees and costs or security therefor pursuant to 28 U.S.C. § 1915(a)(1). [Doc. 1]. The Affidavit of Poverty indicates that Plaintiff is unable to pay the filing fee or incur the costs of these proceedings. [Doc. 1]. Thus, the requirements of 28 U.S.C. § 1915(a)(1) have been satisfied, and Plaintiff's application for leave to proceed in forma pauperis is hereby **GRANTED**. [Doc. 1]. The Clerk is directed to submit this action to the District Court for a frivolity determination of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED**, this   2   day of March, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE