RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 25 2021

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

Faith Chibuyo Njoku
Plaintiff,

v

Case Number: 1:21-CV-0796

International Medical Graduate Clerkships
Defendant,

F.N Complaint ~~Notice to file~~ a Motion for Violation of Civil Rights

On this day February 25th 2021, Plaintiff is filing a motion to sue defendant under Cause: 42:1983 Civil Rights Act nature of suit violation Code 448 Civil Rights Education. The defendant knowingly committed fraud by recruiting me to pay out of pocket for their education within their not recieving their CAAM HP accredidation status violating CAAM HP policies and procedures. I am requesting my monies returned.