04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 20 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v                                     Case Number: 1:21-cv-00796-MLB

International Medical Graduate Clerkships
Defendant,

Amendment: Change of Address

On this day April 20th 2021, plaintiff request to amend case to update address change to 3200 Lenox Road Apt C410 Atlanta, GA 30324.