04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibuzo Njoku
Plaintiff,

v

Case Number: 1:21-cv-00796-MCB

International Medical Graduate Clerkships
Defendant,

## Answer

On this day April 20th 2021, plaintiff request to include answer for Civil Action No. 21M01954 with DeKalb Magistrate Court against Defendant into case # 1:21-cv-00796-MCB and ask for Judge Brown's discernment over jurisdiction of case. Both are the same case, one filed at the state level and the subsequent filed at the federal level.

Answer

4/13/21
21M01954

<u>Civil Action No: 21M01954</u>

1) Defendant violated CAAM-HP guidelines and protocols for full accreditation review.

   a. The Caribbean Accreditation Authority for Education in Medicine and other Health Professions was established in 2003 under the aegis of CARICOM.
   b. The accreditation system used by the CAAM-HP is based on that of the Liaison Committee on Medical Education (LCME). This system functions with a clear, authoritative mandate, operates independently of governments and institutions, uses preset standards, draws on external reviewers and involves self-evaluation and site visits.
   c. According to CAAM-HP <u>Caribbean Overseas Territories Medical School Accreditation Procedure in Section III</u> **Actions for Territory Government: Medical schools must be licensed and accredited before accepting students.**

2) Defendant fraudulently recruited plaintiff to the university. Defendant without CAAM-HP accreditation uploaded and posted the advertisement on their website for the AUIS transfer student opportunity. Plaintiff discovered this advertisement online and submitted an application on August 25th, 2019 at 10:13am.

   a. Merriam-Webster defines fraudulent: unjustifiably claiming or being credited with particular accomplishments or qualities.
   b. According to AUIS and IMG accreditation <u>Caribbean Overseas Territories Medical School Accreditation Procedure in Section III</u> **Actions for Territory Government: Medical schools must be licensed and accredited before accepting students.**
   c. As such the defendant's president called the plaintiff on August 24rd, 2019 and unjustifiably withheld information about the university prior to recruiting the plaintiff to accept the invitation to transfer to the university.

3) **Educational Commission for Foreign Medical Graduates (ECFMG)** is the governing body which ultimately provides qualification to international medical graduates to practice medicine in the United States. International medical graduates therefore must have ECFMG Certification to qualify for licensure. <u>Per ECFMG guidelines starting in 2024 individuals applying for ECFMG Certification must be a student or graduate of a medical school that is appropriately accredited by an accrediting agency that is officially recognized by the World Federation for Medical Education.</u>

    a. AUIS's Full Accreditation Review is currently **pending** with CAAM-HP, per <u>Section V Process for Accreditation for Medical School</u> via the CAAM-HP website full accreditation reviews <u>take a minimum of four (4) years.</u> As of 2021 the University has not reached its deadline for the 2024 ECFMG requirement. Thus, increasing the likelihood of failing to meet the ECFMG requirement.

4) Due to COVID-19 changes affecting the <u>Educational Commission for Foreign Medical Graduates,</u> the defendant publicly informed students during faculty-student monthly ZOOM conference in November 2020 of its accreditation status. This occurred one year after fraudulently recruiting plaintiff to the university.
    a. During Zoom conference defendant fraudulently stated that CAAM-HP was not responsive to the University's Accreditation review. Other student key witnesses have been identified by plaintiff. Listed on the <u>CAAM-HP website under Assessed Programs</u>: American University of Integrative Sciences application plaintiff read the published November 2020 update:

**November 2020 Update for AUIS**
The <u>CAAM-HP</u> at its Annual General Meeting held November 18-19, 2020, expressed concern that there had been no response to its request that the School submit documents in preparation for a full accreditation survey. The University has been advised that there can be no determination of an accreditation status of the medical education programme without submission of the appropriate documents and a site visit to its basic science campus and clinical affiliates.

5) **AUIS is not in compliance with CAAM-HP requirements and procedures for receiving full accreditation,** <u>AUIS has publicly and repeatedly violated CAAM-HP guidelines, increasing the likelihood of the University failing to reach full accreditation by CAAM-HP.</u> **As such plaintiff raised concerns publicly to university official and students and was threatened by University officials and dismissed from the university.** <u>Plaintiff experienced wrongful and unprofessional retaliation.</u> **Plaintiff requests counterclaim to be dismissed as plaintiff's first amendment rights were violated by University officials.**

*[signature]*