United States District Court
for the
Northern District of Georgia
Atlanta Division

04/20/21

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Faith Chibugo Njoku
Plaintiff,

v

Case Number:
1:21-cv-00796-MLB

International Medical Graduate Clerkships
Defendant,

### Motion To Consolidate

On this day April, 20th 2021, plaintiff requests to file a motion to consolidate case # 1:21-cv-00765-MLB for reasons the prior motion to amend case was requested inappropriately by plaintiff and the case is the same with Defendant(s).