UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Faith Chibugo Njoku,<br><br>    Plaintiff,<br><br>vs.<br><br>International Medical Graduate Clerkships,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-796-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated at Atlanta, Georgia, this 23rd day of April, 2021.

              JAMES N. HATTEN
              CLERK OF COURT

         By:  s/J. Acker
            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2021
James N. Hatten
Clerk of Court

By: s/J. Acker
    Deputy Clerk